```
                                          FILED
                                       BILLINGS, MT

                                       2006 FEB 21  AM 10 41

                                       PATRICK E. DUFFY, CLERK
                                       BY _____
                                             DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| PAMELA K. ELLIOTT, | ) | CV-05-52-BLG-RFC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS OF |
| JO ACTON, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

On January 5, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends Elliott's petition be DENIED on the merits and a certificate of appealability be denied.

Upon service of a magistrate judge's findings and recommendation, Petitioner had 20 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the January 5, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its

1

burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Elliott's Petition [*doc. #1*] is **DENIED** on the merits and a certificate of appealability is **DENIED**.

The Clerk of Court shall enter judgment in favor of Respondent and notify the parties of the making of this Order.

DATED the 21 day of February, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE